

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*NORFOLK DIVISION*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RYAN DUGGAN,<br><br>Defendant. | CRIMINAL NO. 2:23-CR-80<br><br>18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br>Felon in Possession of Firearm<br>(Count One)<br><br>18 U.S.C. §§ 922(o) and 924(a)(2)<br>Possession of Machinegun<br>(Count Two)<br><br>18 U.S.C. §924(d); 21 U.S.C. § 853; 28 U.S.C. § 2461<br>Criminal Forfeiture |

## INDICTMENT

June 2023 Term – at Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Felon in Possession of Firearm)

On or about April 24, 2023, in Portsmouth, Virginia, within the Eastern District of Virginia, the defendant, RYAN DUGGAN knowing that he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and firearms, that is a Palmetto State Armory Model PA-15 .223 caliber rifle, a Century Arms Model Centurion 12 gauge shotgun, and a Draco .762 caliber pistol, each of which had previously been shipped and transported in interstate and foreign commerce.

(In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).)

## COUNT TWO
(Possession of a Machinegun)

On or about April 24, 2023, in Portsmouth, Virginia, within the Eastern District of Virginia, the defendant, RYAN DUGGAN, did knowingly possess a machinegun, to wit: an unspecified Glock-style gold and black 9mm handgun, equipped with auto-sear conversion device.

(In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2), and Title 26, United States Code, Section 5845(b).)

## CRIMINAL FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1. The defendant, if convicted of any of the violations alleged in this Indictment, shall forfeit to the United States, as part of the sentencing pursuant to the Federal Rule of Criminal Procedure 32.2, any firearm or ammunition involved in or used in the violation.

2. The property subject to forfeiture includes, but is not limited to, the following:

    a. One Palmetto State Armory Model PA-15 .223 caliber rifle bearing the serial number SCD595287, and any related magazines and ammunition,

    b. One Century Arms Model Centurion 12 caliber shotgun bearing the serial number 21US-18669, and any related magazines and ammunition,

    c. One Draco .762 caliber pistol bearing the serial number DA-5178-15, and any related magazines and ammunition, and

    d. One unspecified Glock-style gold and black 9mm handgun without a serial number recovered by law enforcement from a gray backpack in room 209 of the Motel 6 located at 1031 London Boulevard in Portsmouth, Virginia on April 24, 2023.

3. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853 and Federal Rule of Criminal Procedure 32.2(e).

(In accordance with Title 18, United States Code, Section 924(d); Title 26, United States Code, Section 5872; and Title 28, United States Code, Section 2461(c).)

*United States v. Ryan Duggan*
2:23-CR-80

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

A TRUE BILL:

**REDACTED COPY**

_____
FOREPERSON

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
Amanda L. Cheney
Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number: 757-441-6331
Facsimile Number: 757-441-3205
Email Address: Amanda.Cheney@usdoj.gov